UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JACOB CHARLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 8:17-cv-01960-EAK-AEP |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## AGREED ORDER REGARDING JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION

Having reviewed and considered Defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") and Plaintiff Jacob Charles's ("Plaintiff") (collectively the "Parties") Joint Stipulation to Arbitrate Claims and Stay Action, pending arbitration, the Court finds that the Parties have stipulated to submit their dispute to arbitration with the American Arbitration Association ("AAA"). The Parties have also agreed to stay the case in the interim. Accordingly, for good cause shown, it is hereby

**ORDERED** that all of Plaintiff's claims against Wells Fargo be submitted to final, binding arbitration pursuant to the arbitration agreement in Plaintiff's Consumer Account Agreement with Wells Fargo, that this action be stayed pending the conclusion of the arbitration proceedings, for good cause shown.

DONE AND ORDERED this 25th day of October, 2017.

HON. ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

1